**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CONSEAL INTERNATIONAL**
**INCORPORATED ,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:08-cv-778-Orl-31DAB**

**NUTEK INTERNATIONAL, INC., and**
**DOUGLAS A. MOXLEY,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 11) filed August 19, 2008.

On August 21, 2008, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be denied and that the entry of default be vacated for improper service on the defendants. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **DENIED**.

3. The clerk's entry of Default (Doc. No. 10) is **VACATED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of September, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE