**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CONSEAL INTERNATIONAL INCORPORATED ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-778-Orl-35DAB

**NUTEK INTERNATIONAL, INC., and DOUGLAS A. MOXLEY,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 32)**
>
> **FILED:**     April 3, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion fails to identify the proposed garnishee, nor has Plaintiff tendered a proposed Writ for the Court's review.

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2009.

                         *David A. Baker*
                         DAVID A. BAKER
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties